■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LACY SETTLES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered January 14, 1985, convicting him of attempted murder in the second degree, robbery in the first degree (two counts), kidnapping in the second degree, and criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEM SHABAZZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Heller, J.), rendered September 13, 1983, convicting him of robbery in the second degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification evidence.

Ordered that the judgment is affirmed.

Contrary to the argument raised by the defendant's appellate counsel and by the defendant in his pro se supplemental brief, the record indicates that the pretrial showup identification of defendant was not impermissibly suggestive (see, People v Love, 57 NY2d 1023; People v Rivera, 121 AD2d 408, lv denied 68 NY2d 772). Accordingly, Criminal Term correctly denied that branch of the motion which was to suppress the identification of the defendant.

We have examined the remaining arguments raised by the defendant in his pro se supplemental brief and find them to be without merit. Mangano, J. P., Bracken, Lawrence and Kooper, JJ., concur.